AARON D. FORD
 Attorney General
NATHAN M. CLAUS (Bar No. 15889)
 Deputy Attorney General
State of Nevada
Office of the Attorney General
1 State of Nevada Way
Suite 100
Las Vegas, Nevada 89119
(702) 486-7629 (phone)
(702) 486-3768 (fax)
Email: nclaus@ag.nv.gov

*Attorneys for Defendants
John Henley, Robert Hartman,
Christopher Herzog, and Kelly Murphy*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TEHKI S. BILL,<br><br>                    Plaintiff,<br><br>v.<br><br>J. HENLEY, *et al.*,<br><br>                    Defendants. | Case No. 2:24-cv-02176-GMN-BNW<br><br>**Stipulation and Order for Dismissal with Prejudice** |

IT IS HEREBY STIPULATED by and between Plaintiff, Tehki Bill, and Defendants, John Henley, Robert Hartman, Christopher Herzog, and Kelly Murphy by and through counsel, Aaron D. Ford, Nevada Attorney General, and Nathan M. Claus, Deputy Attorney General, of the State of Nevada, Office of the Attorney General, by and through their respective under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

//

//

//

//

//

DATED this _18_ th of November 2025.

By: /s/ ⟨signature⟩
Tehki Santiago Bill, # 1243884

Plaintiff

DATED this 18th of November, 2025.

AARON D. FORD
Attorney General

By: /s/ Nathan M. Claus
Nathan M. Claus, Esq. (Bar No. 15889)
Deputy Attorney General

Attorneys for Defendants

ORDER

IT IS SO ORDERED. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

_____
Gloria M. Navarro
United States District Court

Dated:  January 20, 2026